UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 4:99CR0414 SNL |
| CHRISTOPHER LONG, | ) ) ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court for a preliminary hearing on an alleged supervised release violation and detention hearing. A hearing was scheduled on May 16, 2005, in which Defendant appeared and was represented by Peter M. Cohen. The Government was represented by Assistant United States Attorney Tracy Berry.

Defendant waived his right to a preliminary hearing. Therefore, the undersigned finds probable cause to believe that Defendant Christopher Long violated the conditions of supervised release as set out in the Petition for Warrant for Offender Under Supervision dated May 3, 2005.

A detention hearing was held and an order of detention will be filed separately.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is set for a final supervised release revocation hearing on **May 26, 2005**, at **1:00 p.m.** before the Honorable Stephen N. Limbaugh.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 17th day of May, 2005.